**Sam WYLY, Ranger Governance, Ltd., Plaintiffs–Appellants,**

v.

**COMPUTER ASSOCIATES INTERNA-TIONAL, INC., Sterling Software, Inc., Defendants–Appellees.**

No. 09–4477–cv.

United States Court of Appeals, Second Circuit.

July 19, 2010.

Robert Gifford (Luke A. McGrath, William A. Brewer III on the brief), Bickel & Brewer, New York, NY, for Appellants.

Robert J. Giuffra, Jr. (Tracy Richelle High, William B. Monahan, Thomas W. Walsh on the brief), Sullivan & Cromwell LLP, New York, NY, for Appellees.

PRESENT: DENNIS JACOBS, Chief Judge, DENNY CHIN, Circuit Judge.*

### SUMMARY ORDER

For substantially the reasons adopted by the district court, we reject appellants' claims for legal fees, fraudulent inducement, and declaratory relief. *See Wyly v. CA, Inc.,* No. 05–CV–4430, 2009 WL 3128034, 2009 U.S. Dist. LEXIS 90064 (E.D.N.Y. Sept. 29, 2009) (citing the Report and Recommendation of Magistrate Judge Boyle, *see Wyly v. CA, Inc.,* No. 05–CV–4430, 2009 U.S. Dist. LEXIS 90037 (E.D.N.Y. Sept. 2, 2009)).

Appellants note that the district court signed an order adopting the Report and Recommendation of the magistrate judge on the same day that appellants filed their timely objections to it, and argue therefore that the district court could not have conducted a proper *de novo* review. *See* Fed. R.Civ.P. 72(b). The inference is debatable. Moreover, we note that the district court filed the order granting appellee's motion for summary judgment eleven days after the objections were filed. This period was more than sufficient for *de novo* review.

Finding no merit in appellants' remaining arguments, we hereby **AFFIRM** the judgment of the district court.

---

* The Honorable Richard C. Wesley, originally a member of the panel, did not participate in consideration of this appeal. The two remaining members of the panel, who are in agreement, have determined the matter. *See* 28 U.S.C. § 46(d); 2d Cir. I.O.P. E; *United States v. Desimone,* 140 F.3d 457 (2d Cir. 1998).